# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                                    Case Number: **08 C 0843**

**Milton Luster v. Illinois Department of Corrections**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Defendant Illinois Department of Corrections**

| |
|---|
| NAME (Type or print)<br>  Mary M. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  /s/ Mary M. Madden |
| FIRM<br>  Office of the Attorney General, State of Illinois |
| STREET ADDRESS<br>  100 West Randolph Street, 13th Floor |
| CITY/STATE/ZIP<br>  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>  6256322 | TELEPHONE NUMBER<br>  (312) 814-7201 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES X NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>          RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |