| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF LIVINGSTON | ) |

### A F F I D A V I T

I, **MICHELLE CLARK**, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.  I am an Early Case Intervention ("ECI") Coordinator with Illinois Department of Corrections ("IDOC") Legal Services at Pontiac Correctional Center ("Pontiac") and Litigation Coordinator at Dwight Correctional Center ("Dwight"). I have been Pontiac's ECI Coordinator since March 2002. Until assuming my current assignment, I held the same position at Stateville Correctional Center ("Stateville") from October 1989 through February 2002. I began my employment with the Department of Corrections as a clerk in Pontiac's Law Library from October 1984 until October 1987. At that time I was promoted to Assistant Librarian at the Illinois Youth Center-Joliet, where I worked until transferring to Stateville in 1989. 1 have been additionally assigned as Litigation Coordinator for Dwight Correctional Center since 2000.

2.  As an ECI Coordinator and Litigation Coordinator, among multiple other duties, I search for, retrieve and copy documents and information pertaining to pending civil, criminal or administrative matters at the request of DOC Legal Counsel, Assistant Attorneys General or Department administrators, or in response to subpoenas, discovery requests or other legitimate legal, governmental or administrative inquiries.

3.  In my capacity as Litigation Coordinator for Dwight Correctional Center, I have reviewed Plaintiff's Complaint in the case of <u>Milton Luster v. Illinois Department of Corrections</u>, 08 C 843, and am familiar with the allegations contained therein. I have been requested to provide information regarding the counties of work and/or residence of the individuals mentioned in said Complaint as well as the location of pertinent records. I have reviewed relevant records to determine the counties of work and/or residence for said individuals, and have ascertained the location of pertinent records.

4.  Mary Eggleston and Elizabeth Thorson are currently employed at Pontiac Correctional Center, which is located in Livingston County.

5.  Larry Sims and Joseph Burke currently work at IDOC's Central Office in Springfield, which is located in Sangamon County.

6.  Major Michael Boggess, Rebecca Bunting, Tamela Quinley, Mary Sigler, Janice Emm, Steven Mead, Christina Cole, Bruce Hagie, Timothy Lovell, Heather Jordan and Kenneth Donnals are employed at Dwight Correctional Center, which is located in Livingston County.

7.  Felipe Zavala voluntarily resigned from state employment in 2004 pursuant to an early retirement offering and has moved out of state.

      8.      Pamela Harris is currently employed at Jessie "Ma" Houston Adult Transition Center, which is located in Cook County.

      9.      Documents relevant to this case are located in IDOC facilities in Dwight, Pontiac and Springfield, which are located in Livingston and Sangamon Counties within the U.S. District Court's Central District of Illinois.

**FURTHER AFFIANT SAYETH NOT.**

*[signature]*
**MICHELLE CLARK**

SUBSCRIBED and SWORN TO
before me this 10th day of
March         , 2008

*[signature]*
NOTARY PUBLIC