**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MILTON LUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0843 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | Honorable Matthew F. Kennelly |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   David E. Neely, Ph.D.
      8401 South Luella
      Chicago, Illinois 60617

**PLEASE TAKE NOTICE** that on the 19th day of March, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or whomever may be sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, Room 2119, and then and there present the attached **DEFENDANT'S MOTION TO TRANSFER VENUE**, a copy of which is attached and hereby served upon you.

                                              Respectfully submitted,

LISA MADIGAN                                  **ILLINOIS DEPARTMENT OF**
Illinois Attorney General                     **CORRECTIONS,** Defendant,

                                              By:____s/ Joshua G. Rodin_____

                                              JOSHUA G. RODIN
                                              MARY M. MADDEN
                                              Assistant Attorneys General
                                              100 West Randolph Street, 13th Floor
                                              Chicago, Illinois 60601
                                              (312) 814-6131/(312) 814-7201

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION TO TRANSFER VENUE,** was served this 13th day of March, 2008, by electronic mail, and by first-class United States mail, postage prepaid, upon the following:

> David E. Neely, Ph.D.
> 8401 South Luella
> Chicago, Illinois 60617

\_\_\_\_s/ Mary M. Madden_____
MARY M. MADDEN