# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                             Case Number: **08 C 0843**

**Milton Luster v. Illinois Department of Corrections**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Defendant Illinois Department of Corrections**

| |
|---|
| NAME (Type or print)<br>    Joshua G. Rodin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    /s/ Joshua G. Rodin |
| FIRM<br>    Office of the Attorney General, State of Illinois |
| STREET ADDRESS<br>    100 West Randolph Street, 13th Floor |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6281011 | TELEPHONE NUMBER<br>    (312) 814-6131 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>        RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |