**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Milton Luster
                                      Plaintiff,

v.                                                           Case No.: 1:08−cv−00843
                                                                   Honorable Matthew F. Kennelly

Illinois Department of Corrections
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 3/27/2008. Set deadlines/hearing as to motion to transfer case[8] :( Response due by 4/11/2008, Reply due by 4/25/2008.,Ruling before Honorable Matthew F. Kennelly on 4/29/2008 at 09:30 AM. ) Status hearing of 4/3/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.