IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| MILTON LUSTER, | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| V. | ) | No. 08-C-843 | |
| | ) | Judge Matthew Kennelly | |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) ) | | |
| Defendant. | ) | | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 11th day of April 2008, I filed with the Clerk of the U.S. District Court, Plaintiff's response to the State's Motion to Transfer Venue, copies of which are hereby served upon you.

s/David E. Neely

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that the following document was served on April 11, 2008, in accordance with Fed. Rules of Civil Procedure, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

s/David E. Neely
David E. Neely & ASSOCIATES P.C.
8401 So. Luella
Chicago, Il. 60617
(312) 315-8241
deneely1@prodigy.net