STATE OF ILLINOIS            )
                             )
COUNTY OF COOK               )

## AFFIDAVIT

I, EDWARD W. HUNTLEY, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am Chief Legal Counsel for the Illinois Department of Corrections ("IDOC"). I have been IDOC's Chief Legal Counsel since April 2005. Additionally, I serve as Chief Legal Counsel for the Illinois Department of Juvenile Justice ("IDJJ"). I have served in this capacity since July 1, 2006, when the IDJJ was made a separate state agency pursuant to 730 ILCS 5/3-2.5-1, *et seq.*, (P.A. 94-696).

2. As Chief Legal Counsel, among multiple other duties, I manage IDOC's Legal Services office, including nine (9) staff attorneys; oversee operations of the inmate issues unit; oversee IDOC's Central Records Office; and supervise pending cases assigned to outside counsel.

3. In my capacity as Chief Legal Counsel for IDOC and IDJJ, I have reviewed Plaintiff's Complaint in the case of Milton Luster v. Illinois Department of Corrections, 08 C 843, and am familiar with the allegations contained therein. I also have reviewed Plaintiff's Response to the pending Motion to Transfer Venue brought on behalf of the IDOC and am familiar with the contents of the Response, as well. I have been requested to provide information regarding: (a) the location of the principal office of IDOC; and (b) the purpose of and under whose jurisdiction the facility located at 136 North Western Avenue, Chicago, Illinois, falls. Based upon my review of relevant records and my knowledge of how the IDOC and IDJJ are organized, I can provide responses to the above

EXHIBIT A

inquiries.

4.  The IDOC's principal office is located at 1301 Concordia Court in Springfield, Illinois ("Concordia Court campus"), within the Central District of Illinois. The IDOC has multiple satellite offices, as well as 58 correctional centers and other facilities; however, the Concordia Court campus is IDOC's central headquarters and the location of the offices of most managers and administrators.

5.  The facility located at 136 North Western Avenue in Chicago, Illinois 60612 is not an IDOC facility. Rather, it is the Illinois Youth Center- Chicago, which is under the jurisdiction of the IDJJ. The IDJJ became a separate governmental agency of the State of Illinois with the enactment of 730 ILCS 5/3-2.5-1, *et seq.*, effective July 1, 2006.

**FURTHER AFFIANT SAYETH NOT.**

_____
EDWARD W. HUNTLEY

SUBSCRIBED and SWORN TO
before me this 24 day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MONICA SAULSBERRY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/25/10