IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MILTON LUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0843 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | Honorable Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To: David E. Neely, Ph.D.
8401 South Luella
Chicago, Illinois 60617

**PLEASE TAKE NOTICE** that on the 25th day of April, 2008, I caused to be filed the attached **REPLY IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, a copy of which is attached and hereby served upon you.

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

**ILLINOIS DEPARTMENT OF CORRECTIONS,** Defendant,

By:  s/ Joshua G. Rodin
JOSHUA G. RODIN
MARY M. MADDEN
Assistant Attorneys General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6131/(312) 814-7201

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION TO TRANSFER VENUE,** was served this 25th day of April, 2008, by electronic mail, and by first-class United States mail, postage prepaid, upon the following:

> David E. Neely, Ph.D.
> 8401 South Luella
> Chicago, Illinois 60617

                                              s/ Joshua G. Rodin
                                              JOSHUA G. RODIN