

**MICHAEL W. DOBBINS**
    **CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 15, 2008

USDC Central District of Illinois (Peoria Div)
100 NE Monroe
Peoria, IL 61602

RE: Luster v. Illinois Department of Corrections
Case No:08-cv-00843

Dear Clerk:

Pursuant to the order entered by Judge Honorable Matthew F. Kennelly, on 04/29/2008, the above record

■       was electronically transmitted to   Central District of Illinois at Peoria.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                        Sincerely yours,

                                        Michael W. Dobbins, Clerk

                                        By:     /s/ Roberto Perez
                                                Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:     Non-ECF Attorneys and Pro se Parties